UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Darrell Dean Prouty, | Case No. 20-cv-0928 (WMW/DTS) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Department of Human Services et al., | |
| Defendants. | |

This matter is before the Court on the October 20, 2020 Report and Recommendation (R&R) of United States Magistrate Judge David T. Schultz. (Dkt. 31.) Because no objections have been filed, this Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The October 20, 2020 Report and Recommendation, (Dkt. 31), is **ADOPTED**.

2. Plaintiff Darrell Dean Prouty's pleading filed on October 8, 2020, (Dkt. 30), is **DISMISSED WITH PREJUDICE** to the extent that it seeks to bring claims on behalf of anyone other than Prouty.

3. All other aspects of Prouty's pleading filed on October 8, 2020, (Dkt. 30), are **DISMISSED WITHOUT PREJUDICE**.

4. Prouty's Application to Proceed in District Court Without Prepaying Fees or Costs, (Dkt. 2), is **DENIED** as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  November 23, 2020                                     s/Wilhelmina M. Wright
                                                              Wilhelmina M. Wright
                                                              United States District Judge